534 A.2d 757

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**David WILLIAMS.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1987.

Decided Dec. 4, 1987.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeal Div., Frances Gralnek Gerson, Philadelphia, for appellant.

Daniel M. Preminger, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

The Court being evenly divided, the Order of the Superior Court is affirmed.

NIX, C.J., and FLAHERTY and ZAPPALA, JJ., would affirm the Order of the Superior Court.

LARSEN, McDERMOTT and PAPADAKOS, JJ., would reverse the Order of the Superior Court.